

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00670-CV

Dessiree Shvonne **MARSHALL,**
Appellant

v.

Bonnie **MULLER,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20521
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On November 28, 2017, we ordered appellant to provide written proof of payment for the reporter's record. On December 8, 2017, Appellant timely responded with proof of payment. Three days later, on December 11, 2017, the complete reporter's record was filed. Accordingly, Appellant's brief is due on January 10, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court